In the Matter of the Application of MAX L. WIESENTHAL for a Determination of the Court as to the Designating Petition of THOMAS McGOVERN for Office of

Mayor of the City of Long Beach, Nassau County, New York, in the Democratic Party Primary. MAX L. WIESENTHAL, Respondent; THOMAS McGOVERN, Appellant.— Order of the Special Term, granting motion to declare null and void the designating petition of Thomas McGovern for office of mayor of the city of Long Beach, in the Democratic primary to be held September 16, 1937, affirmed on argument, without costs. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.